# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**CLEOTHUS O. PRICE (#398352)**

**VERSUS**

**JAMES LeBLANC, ET AL.**

**CIVIL ACTION**

**NO. 14-333-JWD-RLB**

## O P I N I O N

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated August 3, 2015, to which an objection was filed:

**IT IS ORDERED** that the plaintiff's claims asserted against the R.E. Barrow Treatment Center and the unnamed "insurers" of the Treatment Center are dismissed for failure of the plaintiff to serve these defendants within 120 days as mandated by Fed. R. Civ. P. 4(m).

**IT IS FURTHER ORDERED** that the Court declines the exercise of supplemental jurisdiction over the plaintiff's state law claims and that the defendants' Motion for Summary Judgment (R. Doc. 19), is granted, dismissing the plaintiff's claims asserted against the defendants, in part for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e, and in part as being without merit, and that this action is dismissed.

Signed in Baton Rouge, Louisiana, on <u>September 3, 2015</u>.

_____

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**